Form B 250B (12/09)

# United States Bankruptcy Court
## District Of NEVADA

In re ASET RESOLUTION, LLC,　　　　)　　Case No. 09-32824-RCJ (Lead Case)
　　　　　　　Debtor　　　　　　　　　)
WILLIAM A. LEONARD, TRUSTEE;　　　　)　　Chapter 7
THE CLAIMS RECOVERY TRUST　　　　　 )
　　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff　　　　　　　　)
FOX HILLS FRESNO SLOUGH, LLC;　　　 )
CATAMOUNT MANAGEMENT, LLC;　　　　　)　　Adv. Proc. No. 14-01045-RCJ
VERNE FREEMAN; DAVID JACOBSEN　　　 )
　　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendant　　　　　　　　)

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

SUMMONS ISSUED TO: DAVID JACOBSEN

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk: Clerk, U.S. Bankruptcy Court
　　　　　　　　　　　300 Las Vegas Blvd. South
　　　　　　　　　　　Las Vegas, NV 89101

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney: FRANCIS B. MAJORIE
　　　　　　　　　　　　　　　　　　　　　3514 CEDAR SPRINGS RD
　　　　　　　　　　　　　　　　　　　　　DALLAS, TX 75219

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

Address: Lloyd D. George U.S. Courthouse USDC NV
333 Las Vegas Blvd. So., Las Vegas, NV 89101

Room: 4B
Date and Time: 6/18/14
9:00 AM

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

　　　　　　　　　　　　　　　　　Mary A Schott　　(Clerk of the Bankruptcy Court)

Date: 3/19/14　　　　　By: /s/ Michelle Hess (Deputy Clerk)

# CERTIFICATE OF SERVICE

I, _____ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____     Signature _____

   Print Name : _____

   Business Address: _____

   _____